1  KENNETH C. ABSALOM, SBN 114607
   MICHAEL D. NELSON, SBN 171359
2  **Law Offices of Nevin & Absalom**
   22 Battery Street, Suite 333
3  San Francisco, California 94111
   Telephone: (415) 392-5040
4  Facsimile: (415) 392-3729

5  Attorneys for Defendant
   OPERATING ENGINEERS
6  LOCAL UNION NO. 3,

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  GREGORY GUNHEIM;                     )
                                         )
13          Plaintiff,                   )   Case No.  C 07-00390 JSW
                                         )
14      vs.                              )   STIPULATION OF DISMISSAL
                                         )   [FR Civ P 41 (a)(ii)]
15                                       )
                                         )
16  INTERNATIONAL UNION OF OPERATING     )
    ENGINEERS LOCAL UNION NO. 3;         )
17                                       )
                                         )
18          Defendants.                  )
                                         )
19  _____

20

21      The parties in the above-entitled action do hereby stipulate, through their undersigned

22  counsel, to the following.

23                        **RECITALS**

24      1.  This matter was removed from the California Superior Court for the County of Sonoma

25  to this Court by Notice filed on January 19, 2007 based up on federal question jurisdiction.

26      2.  Since the removal counsel have met and conferred regarding the initial disclosures and

27

28              Stipulation Of Dismissal — Case No. C 07-00390 JSW                    - 1 -

1  related matters required by Rule 26(a) and (f). During the course of such meeting and conferring

2  the Defendant presented information to the Plaintiff to the effect that the underlying dispute, which

3  is the subject of this action, is subject to private arbitration pursuant to a written employment

4  agreement executed by Plaintiff. Based upon such information, Plaintiff has agreed to dismiss the

5  within action and to refer the entire matter to private arbitration.

6  **STIPULATION**

7  WHEREFORE, it is hereby stipulated by and between plaintiff GREGORY GUNHEIM and

8  defendant INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL UNION NO. 3,

9  that,

10  1.  Each and every claim for relief asserted in this action shall be referred by Plaintiff to

11  private arbitration in accordance with the American Arbitration Association's current *Employment*

12  *Arbitration Rules and Mediation Procedures*; and that,

13  2.  The within action shall be dismissed without prejudice pursuant to Rule 41 (a)(ii) of the

14  Federal Rules of Civil Procedure.

15

16  **IT IS SO STIPULATED:**

17  Law Offices of Lawrence J. King          Law Offices of Nevin & Absalom

18  6 C Street                               22 Battery Street, Suite 333
   Petaluma, Ca. 94952                       San Francisco, Ca. 94111

19

20  By: _____                      By: _____
   Lawrence J. King                          Kenneth C. Absalom

21  Attorney for Plaintiff                   Attorneys for Defendant
   Gregory Gunheim                           Operating Engineers Local Union No. 3

22

23  Dated: 4/30/07                           Dated: 4/30/2007

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

25  Dated: May 3, 2007

26  United States District Judge

27

28  Stipulation Of Dismissal — Case No. C 07-00390 JSW                    - 2 -